

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00457-CV

**WORLD CAR NISSAN**,
Appellant

v.

**ABE'S PAINT & BODY, INC.**, Abraham Rodriguez, and Chin Pac,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-17777
Honorable Renée McElhaney, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees Abe's Paint & Body, Inc., Abraham Rodriguez, and Chin Pac recover their costs of this appeal from appellant World Car Nissan.

SIGNED July 31, 2013.

Catherine Stone, Chief Justice